# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

INSPIRE MEDICAL BILLING, LLC,

          Plaintiff,

-vs-

HMR FUNDING, LLC, and VELOCITY
MEDICAL RECORDS SOLUTIONS, LLC,

          Defendants.

**Case No: 2:20-cv-10658**
**Hon. Bernard A. Friedman**

---

**AFFIDAVIT UNDER OATH OF MARK GUEDRI**

Mark Guedri, being first duly sworn, deposes and states that he has personal knowledge of the matters asserted below, is competent testify to the contents thereof, and that to the best of his knowledge and belief, the matters set forth herein are true:

1.     I am over the age of 18 and am competent to make this Affidavit.

2.     I served as CEO for HMR Funding, LLC, from 2012 to 2019 and as CEO of Velocity Medical Records Solutions, LLC, from 2017 to 2019. I submit this Affidavit in support of O'Hagan Meyer's Motion to Withdraw as Counsel.

3.     Both HMR Funding, LLC, and Velocity Medical Records Solutions, LLC, are in the process of dissolution and neither entity has funds with which to pay counsel or any other accounts payable.

4.      I have communicated to counsel Burkholder that the entities cannot

pay for previously performed legal services and are no longer operating businesses

with any expectation of future earnings.

5.      I have been informed by counsel since June of 2020, that O'Hagan

Meyer would withdraw from representation of HMR Funding, LLC, and Velocity

Medical Records Solutions, LLC, if the entities were unable to pay for legal

services rendered.

Dated: October 19, 2020

Mark Guedri

Sworn and subscribed before me this ⟨28⟩ Day of October, 2020

Mary Reardon

_____ , Notary Public

Henrico County, State of Virginia

My commission expires: 10|31|2023

*[Notary seal: MARY CATHERINE REARDON — NOTARY PUBLIC — REG # 7631531 — MY COMMISSION EXPIRES 10/31/2023 — COMMONWEALTH OF VIRGINIA]*

2