UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INSPIRE MEDICAL BILLING, LLC,

    Plaintiff,                                       Civil Action No. 20-CV-10658

vs.                                                HON. BERNARD A. FRIEDMAN

HMR FUNDING, LLC and
VELOCITY MEDICAL RECEIVABLES
SOLUTIONS, LLC,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR ENTRY OF DEFENDANTS' DEFAULT**

        On January 12, 2021, this matter came before the Court for a status conference following defense counsel's withdrawal on November 13, 2020. Defendants have not retained substitute counsel and they did not appear for the status conference. On plaintiff's oral motion [ECF No. 27],

        IT IS ORDERED that defendants' default is hereby entered.

                                                          s/Bernard A. Friedman
                                                            BERNARD A. FRIEDMAN
Dated: January 13, 2021               SENIOR UNITED STATES DISTRICT JUDGE
       Detroit, Michigan